March 29, 2018

Honorable Valerie E. Caproni
United States District Court
Thurgood Marshall
4 Foley Square
New York, New York 10007

Re: Michael Rizzi

Dear Judge Caproni,

My name is James Rizzi. I am Michael Rizzi's older brother. I am a retired 20 year New York City Police Department Detective and currently am the building manager of 110 William Street, New York, NY. And I'm sure that you know that Michael was a New York City Police Officer from the age of 20 to 29. Michael was forced to retire in 2000 because of injuries he sustained in the line of duty. Needless to say, Michael's arrest has been hard on my family. We have two sick elderly parents that Michael primarily takes care of. My mother Anna is 85 years old and has been fairly recently diagnosed with Chronic Lymphocytic Leukemia, an aggressive form of Leukemia. My father James is 86 years old and was diagnosed with bladder cancer and has undergone chemotherapy and radiation treatments. One week after the completion of my father's chemotherapy and radiation treatments, he slipped and fell and broke his hip and had to undergo hip surgery. The reason I tell you this is because I want you to know the extent to which my brother Michael cared for our parents. He took them to their medical appointments, drove my mother and father to every single radiation and chemotherapy treatment, took my mother and father to every single follow up appointment with every specialist, and oversaw all their medicine and prescriptions daily and selflessly. Every child should take care of their parents, but I can tell you, this is a fulltime, with overtime, workload for both of us. And as I work full time in Manhattan each day, Michael did the bulk of it.

When my mother was diagnosed with Leukemia, Michael stayed up for days researching the disease and found an herbal alternative treatment to keep her off the dangerous

chemotherapy medications for as long as possible. It was his opinion, after extensive research, that the chemotherapy medications that are prescribed for Leukemia would poison the rest of my mother's body and would be bad for her heart. She was about a month away from needing these medications so he researched alternative therapies, found an amazing study and contacted the professor from the University of Windsor, Canada. Michael had a lengthy conversation with Dr. Siyaram Pandey, Ph.D., of the University of Windsor. The Dr. gave him a safe herbal regimen that would keep my mother's white blood cell count low enough to try to avoid the chemotherapy medicine. Michael ordered everything needed and for the first month he brewed and fed my mother a special safe herbal tea every 4 hours. At each doctor's appointment, her white blood cell count and blood work has climbed, but only slightly. Although my mother's doctor was initially upset at Michael for doing this on his own, he told him to keep my mother on it and further stated that Michael's research and treatments probably helped her.

When Michael followed in my footsteps and became a New York City Police Officer, we were all very proud of him. He was awarded many medals for excellent police duty before the age of 25. He has always been a helpful and giving person. Michael had a close lifetime friend named Andrew Friedman who suffered from alcoholism. Although Andrew lost the fight and died in 2015, Michael tried to rehabilitate Andrew for years. Even when many people including his family gave up, Michael did not. When Andrew passed, Michael was contacted by many of Andrew's friends and family praising him for his actions. My brother is also an excellent father who puts the needs of his children before anything else in his life. The effects his actions are having on his children are devastating him.

I was very upset with my brother when I found out he was arrested and had a long conversation with him about the circumstances. Michael completely realizes what he has done wrong and how his actions not only affected himself but also others such as his beautiful wife and Catholic School children. Michael has been embarrassed and is truly suffering from this and I know he has apologized and explained himself to many people in his life. He has explained to me that he is going to be a "straight arrow" from here on without ever straying again. Michael is a remarkable and selfless human being who helps others in his community on a daily basis. He volunteers in the community, does charitable and fundraising work and is known

by many to be the person to call when someone is hurting or in need of a friend. I love my brother very much and ask that you take who he is into consideration and not extend his prison sentence, as it would be an extreme hardship on his family and my family.

Sincerely,

James A. Rizzi

April 1, 2018

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: Michael Rizzi

My name is Jill Rizzi. RT (R) (M). I am a NY State Licensed and Registered Radiologic Technologist practicing for the past 20 years, a career I pursued after earning my Bachelor of Arts Degree from Brooklyn College. Through many facets of volunteer work, I have been an active member of St. Bernadette Catholic Academy for the past 10 years. I attend Mass regularly and have a strong Catholic identity. Along with my family, I support many charitable causes through donation of my time and the spread of awareness, as well as, monetary contribution when possible. In 2016, I was recognized and awarded as a Hidden Treasure of the Community by the Bay Ridge Community Council, received Certificates of Merit from both the office of Senator Marty Gold & that of Assembly-person Pamela Harris, a City Council Citation from the office of Vincent Gentile, and a Certificate of Special Congressional Recognition. Most importantly, I am a mother to my two children, Brooke (14) and Michael (12) and a wife of 15 years to the defendant, Michael (Mike) Rizzi.

As I have stated, I am married to and have two children in common with Michael. We have been together for about 17 years and although our paths led us in different directions at one time, we eventually found our way back to one another. In 2002, we married and started our family. Things were not always easy but through all of our years, Michael has been a loving and devoted father to our children. He is a true patriarch, the leader of our family. Michael provides our family with emotional and financial stability, which is extremely important to us and greatly affects our strengths and security as a family. Mike is an intelligent, steadfast & hardworking man. He is very proud to have served as a NYC police officer.

Unfortunately, we sometimes have things in our lives that may bring us down like addiction or compulsion which are ongoing battles. Mike has never stopped fighting to be the best he can be and learn from his mistakes in hopes to set a better example for our children. I am proud to say he has always been determined and strong and has come through tough times with a new outlook and a positive disposition often solely driven by the harsh realization of how his actions have affected the most important things in his life, his family and friends.

Although I do not believe he was initially aware of his wrong doings, he has assured me he is taking responsibility for what has transpired and has realized the effects his actions have had on us all. However, due to his character and the man I have always known him to be, I strongly stand beside him.

Michael is a strong and compassionate man who has admitted to making a mistake. This, however, does not define the person he is. Michael is a very dependable and caring man. He is warm-hearted in the father he is to our children, the husband he is to me, the son and brother he is to our families, the friend he is and the charitable man he is to the community. We all depend upon Michael in many different ways and he always does his best to do what he can to be there for us all. The utmost important people in his life are our children. Together, we teach them to be respectful towards God, themselves and others and to be family-oriented young people by spending time together, such as at Mass, through charitable works & daily meals. Through our actions & commitments, we do our best to teach them the value of family, friends and community. Among other things, Michael volunteers his time to assist in coaching our son's football team whenever possible. He is responsible for the care of both of his elderly & ailing parents and helps to support me in the effort to care for mine as well. I also have a brother who is mentally ill who often looks to Mike as someone who he can trust when experiencing episodes of delusion & paranoia. Several times in the past, Mike has been the only one who was able to calm & convince him to surrender himself to hospitalization. Michael had also made great efforts for many years to assist one of his closest childhood friends who he has tragically lost to alcoholism. Michael donates a substantial amount of his time to helping young people & fundraising which also

often involves our whole family. I believe these traits and efforts are a true testament to the man he really is; a reliable & caring man who is honorable in many ways including being able to admit his mistakes and accept his retribution.

On behalf of our entire family, I ask for leniency in his sentencing. In his absence, our children and I are suffering tremendously emotionally, psychologically & financially. The loss of his daily presence has caused Brooke & Michael excessive & extreme pain and suffering. Additionally, with the lack of Michael's daily care his elderly parents are deteriorating. Michael's absence is a loss for everyone including our community, which he often selflessly serves. Since the onset of this case, I have stood beside Michael and witnessed first-hand the anguish, anxiety and depression he is going through because of the realization of his offense & the impact it is having on our family. He has great regret & remorse. I do not believe further incarceration is necessary or useful for his rehabilitation nor will it benefit society in any way.

I respectfully request you consider my appeal, the true character of my husband, and the impact your decision will have on our family when imposing sentencing upon Michael. Thank you for your time and consideration.

Sincerely,

Jill Rizzi

April 3, 2018

Honorable Valerie E. Caproni
United States District Court
Thurgood Marshall
4 Foley Square
New York, New York 10007

Re: Michael Rizzi

Dear Judge Caproni,

My name is Anna Rizzi. I am writing on behalf of my husband, Jimmy, & myself in regards to our younger son, Michael. Michael has always been a well-liked and respectable man. He is a dedicated father, a good worker who provides for his wife and kids, a very committed & loyal friend & brother, & an extremely helpful son. He participates in school & community functions with his family & has started fundraisers for friends in need.

A few years back, my son had some troubles with his wife & finances. Many things in his life had seemed to be spiraling downward. He made several bad decisions, which has brought him to where he is today. All marriages have their issues & most of us make mistakes in our lives. This is not necessarily a display of who we are as a person but only how we handled a situation at the time. What we do afterwards is what truly matters. Did we learn from our mistakes? Did we change our perspective and try to right our wrongs wherever possible? In my son's case, I believe he has or, at the very least, is trying. I am happy to say that Michael & his wife have been working through their relationship issues & have made solid plans for their future together, unlike most of the couples these days that give up as soon as things get a little more challenging. I am very happy & proud of them both. Family is very important to the both of them. This is a true display of my son's character. He realized his mistakes & is trying his best to right his wrongs.

I understand that what he has done is illegal & difficulties

in marriage & life do not excuse his actions. I am only trying to paint the picture of what led to them. I do this to show that it was the circumstances that led him to this, not his character.

My son was an honored police officer who was injured in the line of duty. He did many honorable things while on the force. He was always & still is a trusted & loyal friend. He has helped many of his friends along the way with many difficult issues in their lives. He is a present brother & uncle to his brother, his brothers-in-law & all of his nephews & nieces through both blood & marriage. He truly is an all around wonderful son & a good person.

Your Honor, my husband & I rely heavily upon our son for many things. He was our primary care giver before he left to serve his sentence. It has been very difficult on us in his absence. Our grandchildren, his children as well as my older son's children, have suffered tremendous heartache & lost time with their dad & uncle. His wife, who has stood beside him throughout this burdensome & embarrassing ordeal, has been carrying the weight of both parents while raising their teenage children. This is a task that is extremely hard when both parents are involved. They need their father present for many reasons.

We truly feel our son, Michael, has learned from his mistakes. He has been paying a debt to society that was not even imposed upon him by a judge. Although he was sentenced to a low security prison, he has served almost an entire year in a high security, hold over prison that doesn't even allow for an hour outside in the daylight per day.

Micheal shows great remorse, has changed his outlook & has only good intentions for his future with his wife & children. In light of all of this, we ask you consider a ruling of time served when he comes before for sentencing.


Sincerely,

Anna & James Rizzi

April 30, 2018

Honorable Valerie E. Caproni
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Michael Rizzi

Dear Judge Valerie E. Caproni,

My name is Enrico Bruzzese; I am a Registered Respiratory Therapist, a Pulmonary Function Clinician, and a Cardiac Stress Testing Diagnostician at Jacobi Medical Center in Bronx, New York. I am writing this letter to you together with my wife, Josephine Bruzzese: Branch Manager and Assistant Vice President at Investors Bank. We write to you today to endorse a very special human being, Michael Rizzi (Michael). Michael's daughter, "Brooke," and our daughter, "Julia," have been best friends and classmates at Saint Bernadette's School in Brooklyn, NY since Kindergarten. We have been an acquaintance of the Rizzi family for over 10 years. Michael and his family are truly an exemplary family. They are strong in their faith, and as a family, consistently do for others. We consider Michael Rizzi to be a true philanthropist.

We are the parents of a very sick, 13-year-old child named Julia Bruzzese. Julia was diagnosed with a chronic case of Lyme disease in 2015. Julia has also developed Guillain-Barré Syndrome, Postural Orthostatic Tachycardia, and severe autonomic dysfunction. She has been unable to walk and has been wheelchair bound since June, 2015. Julia has been forced to forego the normal life she should be living. Our health insurance company has completely abandoned Julia throughout her illness, forcing me to leave my job so that I can seek pro bono care for Julia abroad. Very expensive antibiotics, treatments, and devices—such as a PICC line, which is needed for delivering these important antibiotics throughout Julia's body—are needed daily for Julia's care and are not covered by our insurance company. In October 2015, Michael and his wife, Jill, launched and promoted a GoFundMe page that raised a significant amount of money needed for my family to get by and support all of Julia's needs.

Michael and his family have found a local charity and have arranged for large donations that help pay for Julia's medical expenses and expenses related to helping my family survive up until now. This has kept my family from homelessness, while finding help for my daughter. Additionally, through Michael's relentlessness, we have been able to spread awareness about the disease. Michael and his family have come to our aid financially, logistically, and emotionally; they have lifted us from very difficult times on many occasions. Michael could have chosen to sit idly by; instead, he went above and beyond to help a family in need: my suffering family. He came to us with concern and love, with console and advice. Michael selflessly sacrificed his time and love for us; he has a heart of gold and is an asset to the community.

In many ways, the psychological aspect of Julia's disease is exceedingly more debilitating than the physical aspect. Due to Michael's persistent presence in Julia's life, Julia has been able to see beyond her disease, have hope, and set goals for the future. Michael has inspired Julia to surpass these goals and reach her fullest potentials. Michael is the perfect example of a man for others, and even before I knew him, I had witnessed Michael do for others as he has done for my family. We consider ourselves blessed to know him and blessed to have him. Michael Rizzi is the perfect portrayal of love, friendship, faith, and strength. Michael has been there to support Julia and has helped her through very difficult times. He has lifted Julia's spirits and has helped her to overcome tremendous obstacles associated with her ailment. Michael is an extraordinary human being, whom we are extremely proud to endorse. We don't know what our family would have done without Michael taking the initiative to help us, which he did selflessly.

His work in the community is bar none. Michael believes in donating his time to the community, and is always willing to help those in need. Michael and his family have always selflessly volunteered in various fundraisers and charities throughout the years that we have known them. Michael is a model to others and is looked up to by many. Michael is extremely dependable, reliable, caring, understanding and selfless; he goes above and beyond just being an ordinary model citizen. Again, I cannot stress enough how valuable of an asset Michael is to the community.

Michael has been candid with me about his legal situation, and has expressed to me that he is extremely embarrassed and holds deep regret for what he has done to his family and friends. Michael is coming before you for sentencing in the near future. For the reasons described above, it is our position that society would not benefit if Michael continues to be incarcerated; our community, Michael's family, and families like mine, would suffer greatly without Michael's presence. On Michael's behalf, we humbly request the most lenient sentence you can possibly give to Michael for his actions.

Sincerely,

Enrico Bruzzese

Josephine Bruzzese

GERARD FITZGERALD
President ENG. 318

LeROY C. McGINNIS
Vice-President ENG. 266

ROBERT C. EUSTACE
Recording Secretary LAD. 27

EDWARD BROWN
Treasurer LAD. 48

MICHAEL SCHREIBER
Health & Safety Officer
Sergeant-At-Arms LAD. 116

**Uniformed Firefighters Association**

OF GREATER NEW YORK
Local 94 I.A.F.F. AFL-CIO
204 EAST 23rd STREET, NEW YORK, N.Y. 10010
TEL. (212) 683-4832 • FAX (212) 683-0710 • WWW.UFANYC.ORG

JOHN G. KELLY, JR.
Brooklyn Trustee
Chairman,
Board of Trustees ENG. 201

MATTHEW M. DESJARDIN
Queens Trustee ENG. 325

VINCENT SPECIALE
Manhattan Trustee ENG. 55

ERIC BISCHOFF
Staten Island Trustee ENG. 161

WILLIAM GRECO
Bronx Trustee ENG. 68

STEVEN TAGLIANI
Fire Marshal Representative

5/1/2018

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Court House
40 Foley Square
New York NY 10007

RE: Michael Rizzi

Your Honor,

My name is Eric Bischoff. I am the Staten Island Borough Trustee for the Uniformed Firefighters Association of New York City. I am an elected, Executive Board Member of the UFA that represents nearly 20,000 active and retired New York City Firefighters.

Mr. Rizzi and I have been friends for nearly 25 years. We had attended Port Richmond High School together, and have been lifelong friends ever since. I have the pleasure of also knowing his wonderful wife Jill, and his beautiful children, Brooke and Michael Jr. He has been a truly dedicated family man, and a wonderful father to both of his children.

He is also extremely hard working. He was a dedicated police officer, who's career was cut short by injury. His possesses a burning desire to provide his family a stable, middle class lifestyle.

I do not, in any way condone Mr. Rizzi's conduct. He had confided in me certain details of his actions. I believe his expressions of remorse that he had shared were heartfelt. Knowing Mike as well and as long as I do, I believe his contrition to be sincere.

I have personally witnessed Mr. Rizzi's generous spirit, as he has helped many people in need. In particular, we have a long time, dear friend in common, Andrew Friedman. Andrew had suffered from severe Alcoholism. Mike had spent countless hours with Andrew to help him through numerous rehabilitations. He gave Andrew invaluable support while he battled with his addiction. While many friends turned away, Mike was always playing a supporting role to help in any way he could. Andrew lost his battle with alcohol, and died a couple of years ago at the age of 44. Needless to say, Mike was devastated. His efforts to help Andrew were moving, and inspirational.

It is my sincere belief that Mr. Rizzi has learned and grown from this terrible experience. He understands that his actions were wrong, and he greatly regrets his actions. However, Society would gain no benefit to any further incarceration for Mr. Rizzi. In fact, his family is already suffering tremendously in his absence. I humbly ask the Court for leniency.

Sincerely,

Eric Bischoff

May 5, 2018

Jennifer Lioce
47 Harris Lane
S.I. N.Y. 10309

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
N.Y. N.Y. 10007

Dear Judge Caproni,

The purpose of this letter is to tell you of my impression of Michael Rizzi who is about to come before you.

In my over twenty years as a grammar school teacher I have gained an ability to determine the characteristics of successful families. In my over twenty five years of knowing Michael Rizzi I have always found him to be a gentleman when we would go on double dates with our prospective spouses. Later on in my acquaintance I was impressed with his devotion to family. I know from my personal and professional experience that fathers provide a unique and important role in family life. Having vacationed with Mike Rizzi and his family for protracted period of time at his summer home, I had occasion to see how well he interacted with his children, supported his wife in her decisions as well as in performing the tasks needed in raising young children. What most impressed me were the values that his children expressed when interacting with my own children. They knew right from wrong and the were sharing in their time and toys.

I also learned that at the core of the Rizzi family is their religious faith. In addition he and his wife regularly volunteer at their children's school, St. Bernadette's in Brooklyn.

Michael acknowledges his wrongdoing and is anxious to get through this and on with his life and back to his family. He has apologized to me for all the shame he has wrought upon himself, his family and all of us who also love him.

No one expects anything other than fair judgment. I would like you to know him a little better and to see that anything that affects Michael Rizzi also affects a family that sorely miss his contribution.

Sincerely,

Jennifer Lioce

Date: 5/5/18

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Michael Rizzi

     Dear Judge Caproni, Your Honor, my name is MaryBeth Leunes, I am a practicing board certified New York City Special Education & General Education teacher with a Masters Degree in Special Education, as well as a college degree in Sociology & Anthropology. I am currently employed by the New York City Board of Education teaching sixth grade mathematics. Michael Rizzi and I have shared a strong close friendship and family bond throughout the last thirteen years. Our families have been close family friends for many years and we have remained close friends during our adult lives; spending family vacations together as well as annual holiday gatherings. I know Michael as well as any person other than his immediate family could. I know him to be an incredibly hardworking, loving, selfless family man who is extremely conscious of his community surroundings. He has throughout his adult life, worked extremely hard at being a positive contributor to his church community; in fact he has worked very hard in his career as a New York City Police Officer to help improve his community in a multitude of ways.
     Michael Rizzi has been extremely candid when discussing his legal problems, when sharing them with me. He has fully admitted his wrong doing to myself and his family, as well as any embarrassment this may have caused us and our families.
     As long as I have known Michael Rizzi I can say that if I had to define his character it would have to be said that he is: loving, honest, hardworking, loyal, courageous, supportive, trustworthy, and a family man who is adored by his children who he equally adores. There has been countless times that I have been able to personally witness the love and close bond that he shares with his wife and loving children. He has proved throughout the years to be extremely selfless and loyal to not only his family but to me personally as a close family friend. One of my most recent favorite memories that we share is after my husband and I welcomed our son into our lives almost 3 years ago. On one of our more recent visits it warmed my heart to see Michael hold and actually get on the floor to play with my son. He entertained him for hours by making noises and bringing the toys around them to life. My son had the biggest smile on his face and enjoyed every minute of their interaction. You could see how much fun they were having; it was written all over their faces and it was vindicated with the sound of our precious boy's giggles and laughter. During that moment I could see that Michael knew how precious those moments were as he looked over at his two children and smiled. A smile- that was hiding his true feelings of knowing how fast time flies by. My son to this day will

light up when he sees him and that isn't a common occurrence outside of seeing his immediate family.

Your Honor, I firmly believe that Michael Rizzi understands that he has done wrong and expresses a profound regret for his actions. He would like to learn from this experience and move forward with his life with his family. I believe that society would not benefit from keeping Michael Rizzi away from his family any longer than he already has. His family as well as mine would suffer from such a result. I believe that an extended prison term will serve as a tremendous hardship for his wife, and children. Additionally, I believe that Michael's daughter and son will be tremendously adversely affected far greater than they have been already.

Sincerely,

Mrs. MaryBeth Leunes

3/30/2018

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re: Michael Rizzi

Dear Judge Caprioni,

My name is Paul Zito. I am a retired NYC Detective that served in the New York City Police Department for 21 years. My career started as a housing officer assigned to PSA 2 as a rookie in East New York, Brooklyn. After 3 years in PSA-2, I transferred to the 62nd precinct in Brooklyn where I worked as a police officer then was assigned to undercover work as an Anti-Crime officer. Through my years as a police office, I received multiple commendations stemming from multiple gun, drug, burglary and robbery arrests. After working approximately 9 years in the 62nd precinct, I was transferred and assigned to the Organized Crime Control Bureau where I was promoted to Detective and assigned to the Brooklyn South Narcotics Division. I eventually came to work in the K-9 Unit and had the opportunity to work with the FBI, Homeland Security, ICE and multiple outside agencies.

Retiring as a decorated detective, the NYC Police Department made me the honest, loving father and husband I am today. As for my long time and great friend of 25+ years, I can't express the love and friendship I have for Michael Rizzi. I met Michael right after high school and was introduced to his loving family. I was invited over to his house regularly. I celebrated birthdays, holiday dinners and got to know his parents Ann and Jimmy who treated me like a son. I was lucky to be good friends with Mike's older brother James who was also a decorated detective of the NYPD for over 20 years. Early in my career when I was transferred to the 62nd precinct I worked together with Michael. He helped me adjust in many difficult situations as I was a housing cop becoming a city cop. He got me settled in and introduced me to many of the officers. I felt very lucky to have such a good friend and co-worker who was highly respected by the other cops working there. During Michael's career at the 62nd precinct I personally witnessed him being a hard-working police officer making arrests for many violent and dangerous crimes in the streets of New York.

Michael was a young shining star on the NYPD and was promoted to Anti-Crime within his 4th year on the job at 25 years old. Michael was known for his dedication to protect and serve the community and unbelievable dedication to fighting street crime until an injury he sustained in the line of duty prevented him from going any further on the force. After Mike retired, our families remained lifelong friends. When this situation came up, he immediately contacted me and told me what had happened. He explained the situation in detail and told me what he had done wrong. Michael expressed to me that he was sorry about what happened and apologized if he embarrassed me in any way. I want to sincerely express to you that Michael is in no way a violent person or a threat to society in any way. Your honor, Michael has already put himself in a very difficult situation with

his wife Jill and his 2 great kids Brooke and Michael, Jr. His heart is broken and knows that he put himself in a position where his wife and children look down on him for what he has done. He told me this feeling inside of him was one thing he did not ever want to feel again and he will not put himself in this type of situation again.

In conclusion, Your Honor, my lifelong friend Michael Rizzi knows that he has done wrong and has put his life, family and friends through a lot during this time. He has truly suffered. Me being a police officer for over 20 years and keeping in touch with Michael through this, and knowing the appropriate sentence must be given to someone who breaks the law, knows he has suffered greatly from the media, he has embarrassed himself and his family and that incarceration couldn't do any more than that. This experience will deter him from future criminal conduct and he honestly has learned even more respect for the law. It is my honest opinion that if he is sentenced to more prison time it would be a loss to our community as well as a tremendous burden to his immediate family and to his parents who are elderly and very sick. I do have the fullest respect for you, Your Honor and ask that you sentence Michael to probation.

Thank you,

Paul Zito

*Mr Paul J. Zito*